UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | CV 22-791 MWF (AGRx) | Date: May 11, 2022 |
| Title | ACE Pictures, Inc. v. Orlando Bloom | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER EXTENDING DEADLINE TO RESPOND TO TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on February 4, 2022. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint expired on May 5, 2022.

On April 22, 2022, the Court filed an Order to Show Cause ("OSC") re dismissal for lack of prosecution. (Docket No. 11). The Court ordered Plaintiff to respond to the OSC no later than May 6, 2022.

On May 9, 2022, Plaintiff filed its Response to the OSC ("Response"). (Docket No. 12). Plaintiff apologized for the late Response, and the Court accepts Plaintiff's explanation and the Response is accepted as filed.

The Court now **EXTENDS** the deadline for Plaintiff to respond to the OSC to **June 24, 2022**. By that deadline, one of the following must occur:

(1) Plaintiff shall file a proof of service of the Summons and Complaint on Defendant Orlando Bloom; or
(2) Defendant shall make an appearance, either by responding to the Complaint or seeking more time to do so; or
(3) Plaintiff shall demonstrate continued diligence and request additional time to perfect service.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-791 MWF (AGRx)**                                              Date:  May 11, 2022

Title       **ACE Pictures, Inc. v. Orlando Bloom**

     The Court will not order Defendant's counsel, Eric A. Suddleson, Esq., to accept service of process on behalf of Defendant at this time.  The Court does not believe it is consistent with Rule 4 or the California Code of Civil Procedure to appoint defense counsel as an agent for service of process.  However, Plaintiff may request other relief, such as service by publication.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm