UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 22-791-MWF(AGRx)**                                          Dated: **July 28, 2022**

Title:       ACE Pictures, Inc. -v- Orlando Bloom

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

**PROCEEDINGS (IN CHAMBERS):     COURT ORDER**

In light of the Notice of Settlement [17] filed July 20, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for September 19, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.